**FILE COPY**

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
Tuesday, April 14, 2015 8:55:05
**4/22/2015 7:55:00 AM**
CHRISTOPHER A. PRINE
Clerk

RE:  Case No. 01-14-00766-CV

Style: Keith  Porter
   v. Patricia  Porter

     Please be advised the Court received the filing fee on February 26, 2015.  The appellant's brief is due within 30 days of the date of this notice.

T. C. Case # 2013-47027          Christopher A. Prine, Clerk of the Court

Myrna  Guidry
3730 Kirby Dr Ste 1200
Houston, TX  77098-3985
*DELIVERED VIA E-MAIL*

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Tuesday, April 14, 2015

RE:  Case No. 01-14-00766-CV

Style: Keith  Porter
   v. Patricia  Porter

     Please be advised the Court received the filing fee on February 26, 2015.  The appellant's brief is due within 30 days of the date of this notice.

T. C. Case # 2013-47027          Christopher A. Prine, Clerk of the Court

Sonya  Chandler-Anderson
405 Main St Ste 701
Houston, TX  77002-1827
*DELIVERED VIA E-MAIL*